UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DERRICK JOHNSON,**
       **Petitioner,**

v.                                                       **CASE NO.: 8:02-CV-1003-T-23EAJ**

**MICHAEL W. MOORE**
       **Respondent**
_____/

**JOINT STATUS REPORT**

      COMES NOW Rochelle A. Reback, attorney for DERRICK JOHNSON, Petitioner, and John Klawikofsky, Asst. Attorney General, Office of the Attorney General, for Respondent, and jointly file this Status Report as ordered by this Court on or about November 29, 2007. The Parties would inform the Court as follows:

1)      After the writ of habeas corpus was granted by this court and his conviction was vacated and his case returned for trial to State Court in February 2007, Mr. Johnson, who had already served over 13 years of his previously imposed life sentence, entered a plea of guilty to the same underlying State charges in exchange for a negotiated sentence of 22 years (including time served to date) in the custody of the Florida Dept. Of Corrections, all pursuant to a plea agreement with the State of Florida. His plea and sentencing occurred before the Hon. Robert Foster on or about May 8, 2007 in the Circuit Court for the 13th Judicial Circuit in Hillsborough County, Florida. The time for filing an appeal of that conviction has now expired without an appeal, and Johnson's new State conviction is now final.

2)      No further court proceedings are anticipated in connection with this matter.

3) John Klawikofsky, Asst. Attorney General, Office of the Attorney General, for Respondent, has reviewed the above and concurs with the Status Report presented.

        Respectfully Submitted,

        ROCHELLE A. REBACK
        ATTORNEY AT LAW
        405 W. Azeele Street
        Tampa, Florida 33606-2201
        (813) 251-9660 Telephone
        (813) 253-3580 (Facsimile)
        rareback@rebacklaw.com

        *S/Rochelle A. Reback*_____
        ROCHELLE A. REBACK, ATTORNEY
        Florida Bar No.: 0562645

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Mr. John Klawikofsky, Asst. Attorney General, Office of the Attorney General, Concourse Center #4, 3507 E. Frontage Rd. Suite 200, Tampa, Florida 33607 on this 4th day of December 2008, via CM/ECF email transmission to john_klawikofsky@oag.state.fl.us .

        *S/Rochelle A. Reback*_____
        ROCHELLE A. REBACK, ATTORNEY