UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERRICK JOHNSON,

     Petitioner,

v.                                 Case No. 8:02-CV-1003-T-23EAJ

MICHAEL W. MOORE,

     Respondent.

_____/

**O R D E R**

In 2007 Johnson's petition for the writ of habeas corpus was granted (Doc. 55) and the respondent appealed.  (Doc. 61)  Johnson's counsel negotiated an agreement in which Johnson agreed to plead guilty and receive a sentence of twenty-two years (with credit for more than thirteen years time served) and the respondent agreed to withdraw the appeal in this case.  Also in 2007 the agreement was consummated in state court and a final judgment (Doc. 68) entered in this federal case.  After the passage of four years Johnson, now pro se, moves to both appoint counsel and for unconditional release through enforcement of the order granting the writ of habeas corpus.  (Doc. 69 and 70)  Johnson's negotiated agreement mooted the contested issues in this case, which challenged his 1996 conviction.  Because Johnson's confinement is now based on his 2007 state criminal judgment, he cannot revive this federal habeas case.

Accordingly, both the motion to appoint counsel and for unconditional release (Doc.

69 and 70) are **DENIED**.  This case shall remain closed.

ORDERED in Tampa, Florida, on September 15, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE